

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---
### NO. PD-0040-13
---

**FREDDIE JAMES LEWIS, Appellant**

**v.**

**THE STATE OF TEXAS**

---
### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIRST COURT OF APPEALS, MCLENNAN COUNTY
---

PER CURIAM. KEASLER, J. DISSENTED.

The petition for discretionary review is dismissed as improvidently granted.

Delivered: October 9, 2013.
Do not publish.